## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY SALVADOR JASPER, : | |
| : | Civil Action No. 07-3044 (PGS) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| THE BEXAR COUNTY ADULT : | **ORDER** |
| DETENTION CENTER, ET AL., : | |
| : | |
| Defendants. : | |

This matter comes before the court on multiple motions by Plaintiff to reconsider this court's July 10, 2008 order dismissing the matter. This court has reviewed Plaintiff's motions (Docket entries numbers six, seven, nine, and ten), which are all captioned as various motions for a new trial.

WHEREAS this court affords *pro se* litigants, such as Plaintiff, a more lenient standard for submitting motions;

WHEREAS this court finds that Plaintiff's motions are more properly understood as a motion for relief from a judgment or order pursuant to Federal Rule of Civil Procedure 60;

WHEREAS this court finds that the defendants, the Bexar County Adult Detention Center, Ralph Lopez, the San Antonio City Manager's Office, and the City of San Antonio Mayor's Office, all residents of the State of Texas, have not "purposefully avail[ed themselves] of the privilege of conducting activities within the forum State, thus invoking the benefits and

protections of its laws," which is necessary for this court to exercise personal jurisdiction. *Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 475 (1985).

Good cause having been shown, it is hereby

ORDERED that Plaintiff's motion for relief from a judgment or order is hereby granted, and it is further

ORDERED that this matter is dismissed without prejudice for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

9/10/08

PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

-2-